STATE OF LOUISIANA                    NO. 24-KH-486

VERSUS                                FIFTH CIRCUIT

KENNETH W. ADAMS                      COURT OF APPEAL

                                      STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

November 18, 2024

Linda Wiseman
First Deputy Clerk

**IN RE** KENNETH W. ADAMS

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE MICHAEL P. MENTZ, DIVISION "F", NUMBER 13-180

Panel composed of Judges Fredericka Homberg Wicker,
Stephen J. Windhorst, and Timothy S. Marcel

**WRIT DENIED**

Relator, Kenneth Adams, seeks review of the district court's April 2, 2024 ruling denying his *Motion for Relief from Judgment of Conviction Due to Fraud, Vindictiveness and Criminal Acts by the District Attorney.*

On March 10, 2014, relator pled guilty pursuant to a plea agreement to attempted aggravated rape (count one), aggravated burglary (count two), and simple robbery (count three) and was sentenced to twenty-five years imprisonment at hard labor on each of counts one and two with the sentence on count one to be served without benefit of parole, probation, or suspension of sentence and seven years imprisonment at hard labor on count three with all sentences to run concurrently. On that same day, the State filed a multiple bill of information charging relator as a second felony offender on count one. Relator stipulated to being a second offender. Afterwards, the district court vacated his original sentence and sentenced him to twenty-five years under La. R.S. 15:529.1. The enhanced sentence was ordered to run concurrently with counts two and three. Relator did not appeal his convictions and sentences.

On March 14, 2024, relator filed a pleading captioned *Motion for Relief from Judgment of Conviction Due to Fraud, Vindictiveness and Criminal Acts by the District Attorney*, alleging prosecutorial fraud. In his motion, relator claims the prosecutor misrepresented the facts of the attempted aggravated rape offense, arguing that the documentation supported a charge of aggravated rape rather than attempted aggravated rape. The district court denied relief, finding it was an application for post-conviction relief (APCR) and therefore, untimely under La.

24-KH-486                             1

C.Cr.P. art. 930.8. The district court further found that relator failed to meet his burden of proof under La. C.Cr.P. art. 930.2.

Upon review, we find relator's writ application is deficient in that he did not include documentation of the return date with his writ application, in violation of La. U.R.C.A., Rule 4-3. Nevertheless, while relator's pleading is captioned as *Motion for Relief from Judgment of Conviction Due to Fraud, Vindictiveness and Criminal Acts by the District Attorney*, in effect, it is an APCR that is untimely under La. C.Cr.P. art. 930.8. We further find that the exceptions set forth in La. C.Cr.P. art. 930.8 A(1), (2), (3), or (4) are inapplicable to relator's case.

Based on the foregoing, we find no error in the district court's ruling. Accordingly, this writ application is denied.

Gretna, Louisiana, this 18th day of November, 2024.

**TSM**
**FHW**
**SJW**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **11/18/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-KH-486**

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Michael P. Mentz (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Kenneth W. Adams #336245 (Relator)
Dixon Correctional Institute
Post Office Box 788
Jackson, LA 70748